**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re:**

| | |
|---|---|
| **MIRABILIS VENTURES, INC.** | **CASE NO: 6:08-bk-4327-KSJ** |
| | **CHAPTER 11** |
| Debtor. | |
| _____/ | |
| **MIRABILIS VENTURES, INC. f/k/a AEM, INC.,** | Adv. No. 09-968 |
| Plaintiff, | |
| vs. | |
| **FIFTH THIRD BANK,** | |
| Defendant. | |
| _____/ | |

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Defendant FIFTH THIRD BANK, by and through the undersigned counsel, in compliance with Bankruptcy Rule of Procedure 7007.1, states Fifth Third Bank is 100% owned by Fifth Third Financial Corporation which is 100% owned by Fifth Third Bancorp.

Respectfully submitted,

**AKERMAN SENTERFITT**
Post Office Box 231
420 South Orange Avenue
Suite 1200
Orlando, FL 32802-0231
Phone: (407) 423-4000
Fax: (407) 843-6610
Email: ed.foster@akerman.com
Email: esther.mckean@akerman.com
Attorneys for Defendant, Fifth Third Bank

{O1498941;1}

By: *s/Esther A. McKean*
Joseph E. Foster, Esq.
Florida Bar Number: 282091
Esther A. McKean, Esq.
Florida Bar Number: 28124

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by CM/ECF Notice this 21st day of January, 2010 to: Mariane L. Dorris, Esq., and Justin M. Luna, Esq., Latham, Shuker, Eden & Beaudine, LLP, P. O. Box 3353, Orlando, FL 32802-3353.

*s/Esther A. McKean*
Joseph E. Foster, Esq.
Florida Bar Number: 282091
Esther A. McKean, Esq.
Florida Bar Number: 28124