UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                            Case No. 6−8−bk−4327−KSJ
                                                                               Chapter 11

Mirabilis Ventures, Inc

        Debtor(s)      /

Mirabilis Ventures, Inc. f/k/a AEM, Inc.

                Plaintiff(s)
                                                 Adv. Pro. No. 6:09−ap−00968−KSJ

vs.

Fifth Third Bank

        Defendant(s)     /

## NOTICE CANCELLING AND RESCHEDULING PRETRIAL CONFERENCE HEARING

    THE RECORD reflects that a hearing on Complaint by Mirabilis Ventures (Document No. 1 ) in the above−captioned adversary proceeding was previously scheduled and noticed for March 25, 2010 @10:00AM . This hearing is now cancelled.

    Notice is hereby given that this hearing is rescheduled for April 22, 2010 @ 2:00 PM. The hearing will take place in the same location as previously scheduled.

    Appropriate Attire. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

    Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

DATED on March 18, 2010 .

FOR THE COURT
Lee Ann Bennett, Clerk of Court
135 West Central Boulevard Suite 950
Orlando, FL 32801

# CERTIFICATE OF NOTICE

```
District/off: 113A-6          User: hrutha              Page 1 of 1              Date Rcvd: Mar 18, 2010
Case: 09-00968                Form ID: 6advncr          Total Noticed: 2
```

The following entities were noticed by first class mail on Mar 20, 2010.
dft          +Fifth Third Bank,   111 Lyon Street, NW,   Grand Rapids, MI 49503-2495
pla          +Mirabilis Ventures, Inc. f/k/a AEM, Inc.,   c/o R.W. Cuthill, Jr.,   341 N. Maitland Avenue,
              Suite 210,   Maitland, FL 32751-4771

The following entities were noticed by electronic transmission.
NONE.                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 20, 2010**                    **Signature:**         *Joseph Speetjens*