

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

# PRO MEMO

Thursday
April 22, 2010

HONORABLE KAREN S. JENNEMANN

COURTROOM B

CASE NUMBER: 08-04327-6J1   FILING DATE: 05/27/2008 (BAPCPA)   HEARING TIME: 02:00 P.M.

Adversary: 09-00968

DEBTOR: MIRABILIS VENTURES, INC         Pltf atty:
                                        Deft atty:

HEARING:

MIRABILIS VENTURES, INC. F/K/A AEM, INC. -V- FIFTH THIRD BANK

"PRETRIAL CONFERENCE"

.

APPEARANCES:

MARIANNE DORIS: MIRABILIS
ESTHER MCKEAN: FIFTH/THIRD BANK

RULING:

CON'T TO 07/22/10 AT 2:00 P.M. (AOCNFNG)

PARTIES ARE DIRECTED TO MEDIATE BY 07/22/10

prorpt2