UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| **In re:** | **CASE NO. 6:08-BK-04327-KSJ** |
| **MIRABILIS VENTURES, INC.** | **CHAPTER 11** |
|        **Debtor.** | |
| _____ / | |
| **MIRABILIS VENTURES, INC. f/k/a AEM, INC.,** | **Adv. Pro. No. 6:09-AP-968-KSJ** |
|        **Plaintiff,** | |
| **vs.** | |
| **FIFTH-THIRD BANK,** | |
|        **Defendant.** | |
| _____ / | |

## JOINT STIPULATION BY MIRABILIS VENTURES, INC. AND FIFTH-THIRD BANK AS TO AGREED MEDIATOR

Pursuant to the Order Directing Mediation (the "Order") [Doc No. 12], MIRABILIS VENTURES, INC. ("Mirabilis"), and FIFTH-THIRD BANK ("5/3") (collectively the "Parties") hereby stipulate and agree that Andrew M. Brumby will be the mediator for the possible resolution of all issues raised in the adversary proceeding filed by Mirabilis on December 21, 2009. The Parties further agree as follows: (i) to furnish a copy of all relevant documents associated with the matter referred to mediation, together with a Statement of Mediation Position, using the official form, to the mediator and the opposing party on or before June 7, 2010; (ii) to proceed with the mediation in good faith in an attempt to resolve all of the remaining issues; (iii) to have a representative of each party attend and participate in mediation with full settlement authority; (iv) that 5/3 shall pay 50% of the cost

{O1535571;1}

of mediation and Mirabilis shall pay 50% of the cost of mediation; (v) that mediation shall occur on June 14, 2010 at 10:00 a.m. at the offices of Akerman Senterfitt; (vi) that both Mirabilis and 5/3 acknowledge that there is a potential conflict of interest with Mr. Brumby serving as mediator in this case and that, after being fully advised of the nature of said conflict, both Mirabilis and 5/3 specifically waive that conflict for purposes of this mediation; and (vii) that all documents and statements made by the Parties, attorneys and other participants presented or made during the mediation proceedings shall, in all respects, be privileged and not reported, recorded, or placed into evidence, made known to the Court or construed for any purpose as an admission and no party shall be bound by any statement made or action taken at the mediation conference unless a settlement is reached, in which event, the agreement shall be reduced to writing pursuant to the prior paragraph.

| | |
|---|---|
| /s/ Esther McKean *for* | /s/ Mariane L. Dorris |
| JOSEPH E. FOSTER | MARIANE L. DORRIS |
| Florida Bar No.: 282091 | Florida Bar No. 0173665 |
| ed.foster@akerman.com | mdorris@lseblaw.com |
| E. GINNETTE CHILDS | JUSTIN M. LUNA |
| Florida Bar No.: 0298130 | Florida Bar No. 0037131 |
| ginny.childs@akerman.com | jluna@lseblaw.com |
| **AKERMAN SENTERFITT** | **LATHAM, SHUKER, EDEN & BEAUDINE, LLP** |
| 420 S. Orange Avenue, Suite 1200 | |
| P. O. Box 231 (ZIP 32802-0231) | 390 N. Orange Avenue, Suite 600 |
| Orlando, FL 32801 | P.O. Box 3353 (32802) |
| Telephone: (407) 423-4000 | Orlando, FL 32801 |
| Facsimile: (407) 843-6610 | (407) 481-5800 Telephone |
| Attorneys for Fifth-Third Bank | (407) 481-5801 Facsimile |
| | Attorneys for Mirabilis |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. mail this 10th day of May, 2010 to: Mariane L. Dorris, Esq., and Justin M. Luna, Esq., Latham, Shuker, Eden & Beaudine, LLP, P. O. Box 3353, Orlando, FL 32802-3353.

/s/ *E. Ginnette Childs*

Joseph E. Foster, Esq.
Florida Bar Number: 282091
E. Ginnette Childs, Esq.
Florida Bar Number: 0298130

{O1535571;1}